UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

NAPOLEAN WATKINS,

        Plaintiff,               Case No. 1:19-cv-838

v.                             Honorable Paul L. Maloney

UNKNOWN SIMON,

        Defendant.
_____/

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for

failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:   November 5, 2019          /s/ Paul L. Maloney
                                     Paul L. Maloney
                                     United States District Judge